DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS DANIEL MONTES-MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00250 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING DATE AND |
| | ) | [PROPOSED] ORDER THEREON |
| CARLOS DANIEL MONTES-MARQUEZ | ) | |
|   (aka  Jose Juan Garcia) | ) | Date:    September 12, 2006 |
| | ) | Time:    9:00 A.M. |
| Defendant. | ) | Judge:   Hon. Oliver W. Wanger |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for August 29, 2006, may be continued to September 12, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel to allow for additional time to investigate the case and to allow the parties additional time for plea negotiation before further hearing.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 23, 2006        By:  /s/ Steven M. Crass
                                   STEVEN M. CRASS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED:  August 23, 2006       By:   /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    Carlos Daniel Montes-Marquez

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 23, 2006**            /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE