1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CARLOS DANIEL MONTES-MARQUEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    No. 1:06-cr-00250 OWW
                                      )
12         Plaintiff,                 )    STIPULATION TO CONTINUE STATUS
                                      )    CONFERENCE HEARING DATE AND
13     v.                             )    [PROPOSED] ORDER THEREON
                                      )
14 CARLOS DANIEL MONTES-MARQUEZ       )    Date:  September 26, 2006
     (aka  Jose Juan Garcia)          )    Time:  9:00 A.M.
15                                    )    Judge: Hon. Oliver W. Wanger
           *Defendant.*                )
16 _____    )

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, that **the status conference hearing in the above-captioned matter now set for September 12,**

20 **2006, may be continued to September 26, 2006, at the hour of 9:00 a.m., in Courtroom Three of the**

21 **above-entitled court.**

22     The continuance is at the request of defense counsel to allow for additional time to investigate

23 the case and to allow the parties additional time for plea negotiation before further hearing.

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 7, 2006   By:   /s/ Steven M. Crass
STEVEN M. CRASS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: September 7, 2006   By:   /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
Carlos Daniel Montes-Marquez

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   September 9, 2006         /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

Montes-Marquez - Stipulation and Proposed Order         2