DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS DANIEL MONTES-MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:06-cr-00250 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND |
| v. | ) ORDER THEREON |
| CARLOS DANIEL MONTES-MARQUEZ (aka Jose Juan Garcia) | ) Date: October 17, 2006<br>) Time: 9:00 A.M.<br>) Judge: Hon. Oliver W. Wanger |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for September 26, 2006, may be continued to October 17, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel to allow for additional time to investigate the case and to allow the parties additional time for plea negotiation before further hearing.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: September 25, 2006          By:  /s/ Steven M. Crass
                                        STEVEN M. CRASS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender


DATED: September 25, 2006          By:  /s/ Francine Zepeda
                                        FRANCINE ZEPEDA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        Carlos Daniel Montes-Marquez
```

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 26, 2006**          /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing Date; [Proposed] Order                    2