DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS DANIEL MONTES-MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-00250 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON |
| v. | |
| CARLOS DANIEL MONTES-MARQUEZ (aka  Jose Juan Garcia) | Date:   November 14, 2006
Time:   9:00 A.M.
Judge:  Hon. Oliver W. Wanger |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for October 31, 2006, may be continued to November 14, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel to allow additional time for preparation of the Presentence Report and time to review the report with defendant and allow the parties to complete plea negotiation before further hearing.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: October 26, 2006                    By:  /s/ Steven M. Crass
                                                STEVEN M. CRASS
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: October 26, 2006                    By:  /s/ Francine Zepeda
                                                FRANCINE ZEPEDA
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                Carlos Daniel Montes-Marquez

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:**   **October 26, 2006**                 **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE